

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2018

**BY ECF AND HAND DELIVERY**
Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    **United States v. Servider, 17 Cr. 60 (JSR)**

Dear Judge Rakoff:

    The Government writes in response to a letter submitted by Mr. Servider in the above-referenced case, in which Mr. Servider requests that the Court recommend that the Bureau of Prisons afford Mr. Servider Residential Re-entry Center/halfway house placement time of seven months preceding the end of his sentence. The Government does not take a position with respect to Mr. Servider's request.

                        Respectfully submitted,

                        GEOFFREY S. BERMAN
                        United States Attorney

             by:     /s/
                    Christine I. Magdo
                    Assistant United States Attorney
                    (212) 637-2297

cc: Edward Servider
    Register # 78209-054
    FCI Fort Dix
    PO Box 2000
    Joint Base MDL, NJ 08640
    (By Registered Mail)